Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER DISASTER  : 21 MC 102 (AKH)
SITE LITIGATION                     :
                                    :
------------------------------------------------------------------X
:
MICHAEL AMBROSECCHIA,               : 08-CV-2560 (AKH)
                                    :
                    Plaintiff,      : **NOTICE OF THE 120 BROADWAY**
                                    : **PARTIES' ADOPTION OF ANSWER**
         - against -                : **TO MASTER COMPLAINT**
                                    :
120 BROADWAY CONDOMINIUM (CONDO #871), :
et al.,                             :
                                    :
                    Defendants.     :
                                    :
------------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC, 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
       May 9, 2008

                **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                Attorneys for Defendants The 120 Broadway Parties

By: _____
       Thomas A. Egan (TE-0141)
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

304167/23928

2